THE FIRM OF RECORD

Lex Politica

EST. MMXI

*Nadin R. Linthorst* | *Senior Counsel* | *nlinthorst@lexpolitica.com* | *202.998.2787*

October 28, 2026

***VIA ECF***

Honorable James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Choi v. Strong and Safe New York Inc. et al., No. 1:26-cv-06424-JRC — Request for Extension of Time to Respond to Complaint**

Dear Judge Cho:

I represent Defendant Atlas Strategy Group LLC ("Atlas") in this action. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Local Civil Rule 7.1(e), and Section C of Your Honor's Individual Practices, Atlas respectfully requests a 30-day extension of its deadline to answer, move, or otherwise respond to the Complaint, from November 3, 2026, through December 3, 2026.

Atlas was served on October 13, 2026, and our firm was only recently retained. Good cause supports the requested extension because newly retained counsel needs additional time to review the Complaint and relevant records, confer with Atlas regarding the allegations, investigate the pertinent facts, evaluate potential defenses, and prepare an appropriate response. In accordance with Section C of Your Honor's Individual Practices, Atlas's current deadline to respond to the Complaint is November 3, 2026, and Atlas requests a 30-day extension through December 3, 2026. There have been no previous requests by any party for an adjournment or extension in this action.

On October 28, 2026, counsel contacted Plaintiff Hyunseoung Choi, who is proceeding *pro se*, to request his consent and he provided his consent to the extension request. No counsel has appeared for Defendant Strong and Safe New York Inc., and therefore Atlas was not able to obtain its position on this request. This matter is at its initial pleading stage, and the requested extension will not affect any other scheduled Court appearance or deadline.

Respectfully submitted,

*/s/ Nadin Linthorst*
Nadin Linthorst
New York State Bar No. 5559042
Lex Politica PLLC

611 Pennsylvania Ave SE #353
Washington, DC 20003
Telephone: 512-354-1785
nlinthorst@lexpolitica.com

**COUNSEL FOR DEFENDANT ATLAS STRATEGY GROUP LLC**

cc: Hyunseoung Choi, Plaintiff *pro se* (via ECF)